IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-24

No. 70A21

Filed 11 March 2022

MARK W. PONDER

v.

STEPHEN R. BEEN

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 275 N.C. App. 626, 853 S.E.2d 302 (2020), reversing an order entered on 29 October 2019 by Judge W. Robert Bell in Superior Court, Mecklenburg County. Heard in the Supreme Court on 15 February 2022.

*Sodoma Law, by Amy Simpson, for plaintiff-appellant.*

*James, McElroy & Diehl, P.A., by Preston O. Odom, III, and Claire Samuels Law, PLLC, by Claire J. Samuels, for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.